### 16791. AVERY *v.* THE STATE.

BLOODWORTH, J. 1. The venue was proved.

2. The excerpt from the charge of which complaint was made in the amendment to the motion for a new trial shows no error which requires a reversal of the judgment.

3. The verdict is supported by the evidence.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1925.

Involuntary manslaughter; from Clarke superior court—Judge Fortson. August 11, 1925.

*John B. Gamble, Wolver M. Smith,* for plaintiff in error.

*Henry H. West, solicitor-general,* contra.

---

### 16802. PERDUE *v.* THE STATE.

LUKE, J. The conviction was authorized by the evidence. The special assignment of error upon the admission of testimony is without merit. For no reason pointed out in the record did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 11, 1925.

Indictment for forgery; from Glynn superior court—Judge Highsmith. August 7, 1925.

Application for certiorari was denied by the Supreme Court.

*O. S. Perdue,* pro se.

*W. B. Gibbs, solicitor-general,* contra.